UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-21787-CIV-MORENO/GOODMAN

LOURDES RODRIGUEZ,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Summary Judgment and the Commissioner's Motion for Summary Judgment, filed on **December 20, 2021** and **February 18, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 24)** on **August 19, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is **ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**.

Although Plaintiff argues that this case should be remanded for a *de novo* hearing before a new Administrative Law Judge due to the unconstitutionality of the Social Security Administration's structure, Plaintiff fails to make any showing that the Social Security

Administration's alleged unconstitutional structure caused Plaintiff compensable harm. Therefore, Plaintiff is not entitled to relief on this ground.

Additionally, while Plaintiff contends that the inaudible portions of the hearing transcript precluded meaningful judicial review and prejudiced her due process rights, many of the inaudible portions of the administrative hearing transcript were clarified by surrounding testimony or by the Administrative Law Judge repeating the statement. And some of the inaudible portions relate to purely administrative matters. Thus, notwithstanding the gaps in the hearing transcript, the Court agrees that the record is not so incomplete as to prevent meaningful judicial review.

Accordingly, it is **ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED**, and the Commissioner's Motion for Summary Judgment is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 of ~~September~~ October 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record